FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

DEC 17 2010

JAMES N. HATTEN, CLERK
By: Denza Bankhead, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Tanya Bouie, et al., | : |
| Petitioners, | : |
| v. | : CIVIL ACTION NO. |
| | : 1:10-cv-04041-JOF |
| Piccadilly Restaurants, LLC, | : |
| Respondent. | : |

## OPINION & ORDER

On December 13, 2010, Plaintiff filed a petition to confirm arbitration award in this case. The court DIRECTS the Clerk of the Court to file this petition UNDER SEAL.

**IT IS SO ORDERED** this 17th day of December 2010.

_____
J. OWEN FORRESTER
SENIOR UNITED STATES DISTRICT JUDGE