UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TANYA BOUIE, VERNODETT BURCH, AND TIFFANY RAY, ) ) ) | |
| Petitioners, ) ) | |
| v. ) ) | Civil Action: |
| PICCADILLY RESTAURANTS, LLC, ) ) ) | 1:10-CV-04041-JOF |
| Respondent. ) | |

## NOTICE OF FILING

COMES NOW Petitioners Tanya Bouie, Vernodett Burch, and Tiffany Ray (collectively "Petitioners"), through their undersigned counsel of record, and file this Notice of Filing averring that today they delivered in Chambers a Consent Final Judgment and requested same be filed under seal.

[Signature on following page]

- 2 -

      Respectfully submitted this 4th day of February, 2011.

/s/   *Lisa T. Millican*
Lisa T. Millican
Ga. Bar No. 309046
607 The Grant Building
44 Broad Street, N.W.
Atlanta, Georgia 30303
Telephone: (404) 522-1122
Facsimile: (404) 522-1133
E-mail: lisa.millican@lawofficepc.com
Attorney for Petitioners

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TANYA BOUIE, VERNODETT BURCH, AND TIFFANY RAY, )<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>PICCADILLY RESTAURANTS, LLC, )<br>)<br>Respondent. ) | Civil Action:<br><br>1:10-CV-04041-JOF |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this day, I electronically filed the foregoing **NOTICE OF FILING** with the Clerk of Court in the United States District Court, for the Northern District of Georgia, Atlanta Division, using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Randy C. Gepp
rgepp@taylorenglish.com

[Signature on following page]

- 1 -

Respectfully submitted this 4th day of February, 2011.

                                   By:   /s/ Lisa T. Millican
                                   GREENFIELD MILLICAN P.C.
                                   Lisa T. Millican
                                   Georgia Bar No. 309046
                                   607 The Grant Building
                                   44 Broad Street, N.W.
                                   Atlanta, Georgia 30303
                                   (404) 522 1122 (telephone)
                                   (404) 522 1133 (facsimile)
                                   lisa.millican@lawofficepc.com

                                   ATTORNEY FOR PETITIONERS