FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 0 8 2011

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Tanya Bouie, et al., : | |
| Petitioners, : | |
| v. : | CIVIL ACTION NO. |
| : | 1:10-cv-04041-JOF |
| Piccadilly Restaurants, LLC, : | |
| Respondent. : | |

## ORDER

The parties have informed the court they have reached a settlement in this case. Further, the parties have asked the court to file under seal the Consent Final Judgment as well as the Settlement Agreement. For good cause shown, the court grants the parties leave to file those documents under seal. The Clerk of the Court is DIRECTED to CLOSE this case.

**IT IS SO ORDERED** this 8th day of February 2011.

_____
J. OWEN FORRESTER
SENIOR UNITED STATES DISTRICT JUDGE